# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160772(52)

SARON E. MARQUARDT, Personal
Representative of the ESTATE OF
SANDRA D. MARQUARDT,
            Plaintiff-Appellant,

v

VELLAIAH DURAI UMASHANKAR, M.D.,
            Defendant-Appellee.
_____/

SC: 160772
COA: 343248
Washtenaw CC: 12-000621-NH

On order of the Chief Justice, the motion of the American Medical Association and the Michigan State Medical Society to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before September 21, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 2, 2020



Clerk